1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11                                              Case No.:  C07-2993 JL
   BAY AREA PAINTERS AND TAPERS
12 PENSION FUND, et al.,
                                                **NOTICE OF CHANGE OF ADDRESS**
13         Plaintiffs,

14 v.

15 ARCHULETA DRYWALL & PLASTER INC.
   dba ARCHULETA & ASSOCIATES,
16
           Defendants.
17

18         NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman &

19 Johnson Law Corporation, will relocate its office. This notice is sent to you pursuant to the

20 Judgment Pursuant to Stipulation to advise you that the new address to which all stipulated

21 payments, correspondence, as well as copies of all pleadings, notices and other papers, should be

22 sent, **effective May 5, 2008**, is:

23

24         Saltzman & Johnson Law Corporation
           **44 Montgomery Street, Suite 2110**
25         **San Francisco, California 94104**
           Tel: 415-882-7900 / Fax: 415-882-9287
26

27

28                                                                    -1-
                                                  NOTICE OF CHANGE OF ADDRESS
                                                         Case No. C07-2993 JL

P://Clients/PATCL/Archuleta/ Pleadings/ C07-5065 JSW/Notice of Change of Address 4-16-08

1    Please note that the telephone and facsimile numbers have not changed.

2    Please be sure to <u>fax your report and copy of check</u>, as applicable, during this transition

3    period.

4

5    Dated: April 17, 2008                          SALTZMAN & JOHNSON LAW COPORATION

6                                                   _____/s/_____
                                                    Muriel B. Kaplan
7                                                   Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                              -2-

P://Clients/PATCL/Archuleta/ Pleadings/ C07-5065 JSW/**Notice of Change of Address 4-16-08**

1

2                                    PROOF OF SERVICE

3    I, the undersigned, declare:

4        I am a citizen of the United States and am employed in the County of San Francisco, State

5    of California.  I am over the age of eighteen and not a party to this action.  My business address is

6

7    120 Howard Street, Suite 520, San Francisco, California 94105.

8        On April 22, 2008, I served the following documents:

9                          **NOTICE OF CHANGE OF ADDRESS**

10   on the interested parties in said action by facsimile transmission and by placing a true and exact

11   copy of each document in and sealed envelope with postage thereon fully prepaid, in a United

12   States Post Office box in San Francisco, California, addressed as follows:

13
     **Archuleta Drywall & Plaster, Inc.**
14   **dba Archuleta & Assoc.**
     **8210 Capwell Drive**
15   **Oakland, CA 94621**
     **Facsimile No. (510) 567-8553**
16

17

18       I declare under penalty of perjury that the foregoing is true and correct and that this

19   declaration was executed on this 22nd day of April, 2008, at San Francisco, California.

20

21                              _____/s/_____
                                        Diana M. Sage
22

23

24

25

26

27

28                                                                        **-1-**
                                                    **NOTICE OF CHANGE OF ADDRESS**
                                                          **Case No. C07-2993 JL**

     P://Clients/PATCL/Archuleta/ Pleadings/ C07-5065 JSW/Notice of Change of Address 4-16-08