| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Bay Area Painters & Tapers Pension Fund, et al. | C07-2993 JL |
| DEFENDANT | TYPE OF PROCESS |
| Archuleta Drywall & Plaster, Inc., et al. | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
464 California Street, San Francisco, CA 94104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michele R. Stafford, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, California 941054

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

FILED
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please levy on any and all accounts, in any and all branches of Wells Fargo Bank, in the names of judgment debtors Archuleta Drywall & Plaster, Inc. dba Archuleta & Associates, and/or Don (aka Donald) Archuleta, until writ amount of $17,831.06, plus interest of $21.54 per diem beginning 4/24/08, is satisfied. SPECIAL INSTRUCTIONS: Make checks payable to "Bay Area Painters & Tapers Trust Funds," c/o U.S. Marshals Service, P.O. Box 36056, San Francisco, CA 94102.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: 415-882-7900
DATE: 6/9/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 11 | No. 11 | R. Jose | 6/10/08 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date     Time     [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | | | $45.00 | $45.00 | $0.00 |

REMARKS: 6/10/08 - RPS. 6/10/08 - RPS, served Notice of Levy, Writ of Execution & Memo. Debtor copies mailed on 6/10/08

| PRINT 5 COPIES: | 1. CLERK OF THE COURT | PRIOR EDITIONS MAY BE USED |
|---|---|---|
| | 2. USMS RECORD | |
| | 3. NOTICE OF SERVICE | |
| | 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. | Form USM-285 Rev. 12/15/80 |
| | 5. ACKNOWLEDGMENT OF RECEIPT | Automated 01/00 |

| ATTORNEY NAME<br>Michele Stafford (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery, 2110<br>SAN FRANCISCO, CA 94104 | TELEPHONE NO.<br>(415) 882-7900 | |
|---|---|---|
| ATTORNEY FOR: **Judgment Creditor** | | |
| COURT<br>**UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | | |
| SHORT NAME OF CASE<br>BAY AREA PAINTERS AND TAPERS, et al. -v- Archuleta Drywall & Plaster, Inc., et al | | |
| **PROOF OF SERVICE – Garnishee**<br>**(Bank Levy)** | LEVYING OFFICER FILE NO.:<br>07-2993 | COURT CASE NUMBER:<br>C 07 2993 JL |

I, David Dewey Sprenzel, declare:

I am a registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates therein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

**I delivered a copy of the NOTICE OF LEVY, WRIT OF EXECUTION And MEMORANDUM OF GARNISHEE (3 Copies) to:**

Garnishee: Wells Fargo
464 California St.
San Francisco, CA 94104

**Date of Service:** June 10, 2008
**Time of Service:** 1:20 p.m.

**Manner of Service:** Personal Service, by delivery to Eric Chan, Customer Service Specialist and a person authorized to accept service for the Garnishee.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on June 10th, at San Francisco, California.

Godspeed Courier
P.O. Box 423293
San Francisco, CA 94142
(415) 626-1904

Signature: _____
Name: David Dewey Sprenzel
Title: RPS, San Francisco #1024

**PROOF OF SERVICE**

| ATTORNEY NAME<br>Michele R. Stafford (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street Suite #2110<br>SAN FRANCISCO, CA  94104<br><br>ATTORNEY FOR **Judgment Creditor** | TELEPHONE NO.<br>(415) 882-7900 | RECEIVED<br>UNITED STATES MARSHAL<br>08 JUN 11  AM 11:44<br>NORTHERN DISTRICT<br>OF CALIFORNIA |
|---|---|---|
| COURT<br>**UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA** | | |
| SHORT NAME OF CASE<br>Painters vs. Archuleta | | |
| **PROOF OF SERVICE – Judgment Debtor** | LEVYING OFFICER FILE NO.:<br>C 07 2993 | COURT CASE NUMBER:<br>C07-2993 JL |

I, Brandon Correia, declare:

I am a Registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the NOTICE OF LEVY (to Judgment Debtor), NOTICE OF LEVY (to Garnishee), WRIT OF EXECUTION and EXEMPTION FROM THE ENFORCEMENT OF JUDGMENTS (to Individuals) to:

**Judgment Debtor:** Archuleta Drywall & Plaster, Inc.
dba Archuleta and Associates
**Address:** 8210 Capwell Drive
Oakland, CA 94621

**Judgment Debtor:** Don (aka Donald) Archuleta
**Address:** 8210 Capwell Drive
Oakland, CA 94621

**Date of Mailing:** June 10th, 2008
**Place of Mailing:** San Francisco, CA
**Manner of Service:** Via First Class Mail.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on **June 11th**, 2008 at San Francisco, California.

Godspeed Courier Services Inc.
2130 Folsom St.
San Francisco, CA 94119
(415) 821-1000

Signature: _/s/ Brandon Correia_
Name: Brandon Correia
Title: RPS, San Francisco #1057

**PROOF OF SERVICE**