| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Bay Area Painters & Tapers Pension Fund, et al. | COURT CASE NUMBER<br>C07-2993 JL |
|---|---|
| DEFENDANT<br>Archuleta Drywall & Plaster, Inc., et al. | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C. Overaa & Co.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
200 Parr Blvd., Richmond, California 94801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michele R. Stafford, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, California 941054

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please levy on any and all amounts due or to become due to judgment debtors Archuleta Drywall & Plaster, Inc. dba Archuleta & Associates, and/or Don (aka Donald) Archuleta, including but not limited to progress payments and all other payments or retention monies, until writ amount of $117,831.06, plus interest of $21.54 per diem beginning 4/24/08, is satisfied. SPECIAL INSTRUCTIONS: Make checks payable to "Bay Area Painters & Tapers Trust Funds," c/o U.S. Marshals Service, P.O. Box 36056, San Francisco, CA 94102.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 415-882-7900    DATE: 6/9/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/10/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee<br>$45.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>$45.00 | Advance Deposits<br>$45.00 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 6/10/08 - RPS · 6/10/08 - Served by RPS, Writ, Notice of Levy, MOG and 6/10/08. Debtor mailed copies

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| ATTORNEY NAME<br>Michele R. Stafford (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street, Suite 2110<br>SAN FRANCISCO, CA 94104 | TELEPHONE NO.<br>(415) 882-7900 | RECEIVED<br>UNITED STATES MARSHAL<br><br>08 JUN 11 AM 11: 59<br><br>NORTHERN DISTRICT<br>OF CALIFORNIA |
|---|---|---|
| ATTORNEY FOR: **Judgment Creditor** | | |
| COURT<br>**UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | | |
| SHORT NAME OF CASE<br>Painters v. Archuleta | | |
| **PROOF OF SERVICE – Garnishee**<br>**(Bank Levy)** | LEVYING OFFICER FILE NO:<br>C07-2993 | COURT CASE NUMBER:<br>C07-2993 JL |

**I, Tim Sullivan, declare:**
I am a registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates therein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

**I delivered a copy of the NOTICE OF LEVY, WRIT OF EXECUTION And MEMORANDUM OF GARNISHEE (3 Copies) to:**

       **Garnishee:** C. Overaa & Co.
              200 Parr Blvd.
              Richmond, California 94801

**Date of Service:** June 10th, 2008
**Time of Service:** 12:05 pm

**Manner of Service:** Personal Service; by delivery to Ellen Hoffman, a person authorized to accept service for the Garnishee.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on June 10th, 2008 at San Francisco, California.

Godspeed Courier Services Inc
2130 Folsom St.
San Francisco, CA 94110
(415) 821-1000

Signature: _____
Name: Tim Sullivan
Title: RPS, San Francisco #1053

**PROOF OF SERVICE**

| ATTORNEY NAME<br>Michele R. Stafford (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street Suite #2110<br>SAN FRANCISCO, CA 94104 | TELEPHONE NO.<br>(415) 882-7900 | NORTHERN DISTRICT OF CALIFORNIA  08 JUN 11 AM 11:45  RECEIVED UNITED STATES MARSHAL |
|---|---|---|
| ATTORNEY FOR **Judgment Creditor** | | |
| COURT<br>**UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA** | | |
| SHORT NAME OF CASE<br>Painters vs. Archuleta | | |
| **PROOF OF SERVICE – Judgment Debtor** | LEVYING OFFICER FILE NO.:<br>C 07 2993 | COURT CASE NUMBER:<br>C07-2993 JL |

I, Brandon Correia, declare:
I am a Registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the NOTICE OF LEVY (to Judgment Debtor), NOTICE OF LEVY (to Garnishee), WRIT OF EXECUTION and EXEMPTION FROM THE ENFORCEMENT OF JUDGMENTS (to Individuals) to:

**Judgment Debtor:** Archuleta Drywall & Plaster, Inc.
dba Archuleta and Associates
**Address:** 8210 Capwell Drive
Oakland, CA 94621

**Judgment Debtor:** Don (aka Donald) Archuleta
**Address:** 8210 Capwell Drive
Oakland, CA 94621

**Date of Mailing:** June 10th, 2008
**Place of Mailing:** San Francisco, CA
**Manner of Service:** Via First Class Mail.

---

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on **June 11th**, 2008 at San Francisco, California.

Godspeed Courier Services Inc.
2130 Folsom St.
San Francisco, CA 94119
(415) 821-1000

Signature: _____
Name: Brandon Correia
Title: RPS, San Francisco #1057

## PROOF OF SERVICE